FILED

JUN 01 2012

PATRICK E. DUFFY CLERK
BY_____
        Deputy Clerk
U.S. DISTRICT COURT
BILLINGS DIVISION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cause No. CR 05-21-BLG-RFC |
| | ) | CV 09-42-BLG-RFC |
| Plaintiff/Respondent, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING § 2255 MOTION |
| | ) | AND VACATING JUDGMENT |
| BARRY ROYCE JONES, | ) | |
| | ) | |
| Defendant/Movant. | ) | |

This case comes before the Court on the motion of Defendant/Movant Barry Royce Jones to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. The motion was filed on April 16, 2009. On May 31, 2012, the United States conceded the motion.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The parties' joint motion (doc. 229) is GRANTED.

2. Jones's motion to vacate, set aside, or correct his sentence (doc. 137) is GRANTED.

3. The Judgment of November 3, 2006 (doc. 113), is VACATED.

ORDER GRANTING § 2255 MOTION AND VACATING JUDGMENT / PAGE 1

4. The Information (doc. 81) alleging a prior felony drug conviction is WITHDRAWN.

5. On the date a new criminal judgment is entered, the Clerk of Court shall enter judgment by separate document in the civil case in favor of Jones and against the United States.

6. A new sentencing hearing will be set by separate order.

DATED this _____ day of June, 2012.

Richard F. Cebull, Chief Judge
United States District Court